UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JAMES DOUGLAS SEATON | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:23-CV-115 |
| | § | |
| MURPHY OIL USA, INC | § | |
| | § | |
| Defendant | § | Jury Requested |

### DEFENDANT MURPHY OIL USA, INC.'S NOTICE OF REMOVAL

Defendant, Murphy Oil USA, Inc., files its Notice of Removal pursuant to 28 U.S.C. §§ 1441 and 1446 state as follows:

1. Plaintiff commenced a civil action in the County Court at Law Number 4 of Nueces County, Texas, on March 24, 2023, which is assigned Cause No. 2023CCV-60388-4 under the caption *James Douglas Seaton v. Murphy Oil USA, Inc.* This case involves a slip and fall accident that occurred on or about April 12, 2021, Defendant Murphy Oil USA, Inc., was served on or about on or about April 7, 2023, through its designated registered agent, CT Corporation. A copy of the return of service is attached hereto, among the pleadings filed in district court, at Exhibit 2. Defendant has removed the matter within thirty days of the date upon which service was completed.  Copies of all pleadings, as filed with County Court at Law Number 4 of Nueces County, Texas, are attached hereto as Exhibit 2.  There have been no further known proceedings in Cause No. 2023CCV-60388-4.

2. The above-described action is a civil action over which the United States District Court, for the Southern District of Texas, Corpus Christi Division, has original jurisdiction pursuant to 28 U.S.C. § 1332 on the grounds that there is diversity in citizenship between the parties, and the amount in controversy exceeds Seventy-Five

Thousand and No/100 Dollars ($75,000.00) exclusive of interest and costs. One year has not passed since this matter was filed in county court on March 24, 2023.

3. Removal is based on diversity of citizenship. Plaintiff's petition acknowledges that Plaintiff is an individual who resides in, and is thus a citizen of, Nueces County, Texas. See Plaintiff's Original Petition, attached hereto at Exhibit 2. For diversity purposes, Plaintiff resides in and is a citizen of the State of Texas.

4. Defendant Murphy Oil USA, Inc., is the only defendant that has been served in this action. Plaintiff alleges in paragraph 3.b of the Petition that Defendant, Murphy Oil USA, Inc., is a Foreign For-Profit Corporation and may be served with process by serving its Registered Agent, CT Corporation System, at 1999 Bryan Street, Suite 900, Dallas, Texas 75201. See Plaintiff's Original Petition along with Citation, attached hereto among the pleadings filed in the district court, at Exhibit 2. For purposes of diversity jurisdiction, a corporation shall be deemed to be a citizen of every state and foreign state by which it has been incorporated and of the state or foreign state where it has its principal place of business." 29 U.S.C. § 1332(c)(1). A corporation's principal place of business refers to the place where a corporation's officers direct, control, and coordinate the corporation's activities, i.e., the corporation's nerve center. Hertz Corp. v. Friend, 559 U.S. 77, 92-93 (2010). Murphy Oil USA, Inc., was incorporated in the state of Delaware with its principal place of business in El Dorado, Arkansas, where the corporation's activities are directed, controlled, and coordinated. See Affidavit of Kim Roller, attached hereto, at Exhibit 3. Defendant Murphy Oil USA, Inc., is now and was at the time this action was commenced a citizen of the States of Delaware and Arkansas, and of no other state. See Affidavit of Kim Roller, attached hereto at Exhibit 3. Therefore, there is complete diversity between Plaintiff

and Defendant Murphy Oil USA, Inc., in this action.

5. Plaintiff has pled for monetary relief of more than $250,000.00, but not more than $1,000,000.00. See Plaintiff's Original Petition, attached hereto among the pleadings filed in the District Court, at Exhibit 2. Thus, the Plaintiff has indicated that he has valued his claim in excess of $75,000.00.

6. The above-described action is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441(b). The Defendant was first served with Plaintiffs' Original Petition, which was filed on March 23, 2023, on April 7, 2023, and, therefore, this Notice of Removal is timely filed in accordance with 28 U.S.C. §1446(b)(3).

7. This removal is being filed within 30 days of the date upon which it became removable and within one year of the date it was filed.

8. Under 28 U.S.C. § 1446(b)(2)(A), it is only necessary to obtain the consent for removal from other defendants who have been "properly joined and served." Defendant has checked with the Nueces County Clerk just before filing this Removal, and there is no return of service or other indication that other parties are served. Therefore, no consent is required.

9. Defendant has prepared and will file Notice of this Removal with the State Court and has prepared and served Notice of this Removal on counsel for Plaintiff in this action.

10. In filing this Notice of Removal, Defendant respectfully reserves the right to present and rely upon all defenses to which it may be entitled including, without limitation, improper service of process, jurisdiction, venue, and any other procedural or substantive

defenses.

CONCLUSION AND PRAYER:  Defendant herein respectfully requests that the above-described civil action now pending against it in County Court at Law Number 4 of Nueces County, Texas, be removed from that Court to this United States District Court for the Southern District of Texas, Corpus Christi Division.

                        Respectfully submitted,

*Patrick Wolter*
_____
Patrick Wolter
Federal I.D. No. 10261
State Bar No. 21873100
E-Service:
pwolter@dakpc.com and
dakefilesvc@dakpc.com

ATTORNEY-IN-CHARGE FOR
DEFENDANT MURPHY OIL USA, INC.

OF COUNSEL:

DONNELL, KIESCHNICK, WOLTER & GAMEZ, P.C.
615 N. Upper Broadway, Suite 1100
Post Office Box 2624 – 78403-2624
Corpus Christi, Texas
Telephone No.:  (361) 888-5551
Telecopier No.:  (361) 880-5618

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the above and foregoing instrument has been forwarded Electronically and/or by Telecopier, to the parties listed below, on this the 28 day of April, 2023.

    Joe Brad Brock
    The Law Office of Joe Brad Brock
    400 Man Street, Suite 1000
    Corpus Christi, Texas 78401
    joebrad@thebrocklawfirm.com

_____
Patrick Wolter