Case 2:23-cv-00115   Document 18   Filed on 03/08/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
March 08, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JAMES DOUGLAS SEATON, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 2:23-CV-00115 |
| § | |
| MURPHY OIL USA INC, § | |
| § | |
| Defendant. § | |

**FINAL JUDGMENT**

Pursuant to the parties' Stipulation of Dismissal (D.E. 17), the Court enters final judgment dismissing this action with prejudice.

**ORDERED** on March 8, 2024.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE